# Court of Appeals
# of the State of Georgia

ATLANTA, July 31, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1904. CARMEN DIAMOND v. MERIWETHER COUNTY, et al.

After their requests for a kennel zoning exception were denied, plaintiffs Von Diamond Kennels, LLC, and its owner Carmen Diamond filed this lawsuit for declaratory and injunctive relief against defendants Meriwether County and Meriwether County Board of Commissioners. They later amended the complaint to include claims that their due process rights were violated and that their property was taken without just compensation. Following a hearing, the superior court entered a final order in favor of the defendants. Plaintiff Diamond then filed this timely direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1) and (b), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . state and local administrative agencies" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). The Supreme Court has made clear that this statute applies even when, as here, a plaintiff files a declaratory judgment or mandamus action in superior court if the substance of that action pertains to judicial review of an agency decision. See *Hamryka v. City of Dawsonville*, 291 Ga. 124, 125 (2) (728 SE2d 197) (2012) (discretionary application required where case commenced as mandamus/declaratory judgment action seeking to invalidate administrative zoning decision). Because this appeal is from the superior court's review of the Meriwether County's zoning decisions, Diamond was required

to file an application for discretionary appeal. See id.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,___07/31/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*